*E-FILED 9/28/2009*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CILLUFFO, an individual; CHERRI CILLUFFO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK AKA JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LONG BEACH MORTGAGE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; UNIVERSAL MORTGAGE & SALES, INC.; ERIK S. GONZALES; and DOES 1 TO 20, INCLUSIVE,<br><br>    Defendants. | **CASE NO.:** 5:-09-CV-02518 HRL<br><br>**JUDGE:** Hon. Howard R. Lloyd<br><br>[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Action Filed:** June 5, 2009<br><br>(**MODIFIED BY THE COURT**) |

///
///
///
///
///
///
///
///
///

1

2027165.1

1  Pursuant to the Joint Stipulation to Continue Case Management Conference
2  submitted by Defendants California Reconveyance Company ("CRC") and JPMorgan
3  Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual
4  Bank from the Federal Deposit Insurance Corporation acting as Receiver
5  ("JPMorgan") (collectively "Defendants") through their counsel of record and
6  Plaintiffs Paul and Cherri Cilluffo, and GOOD CAUSE APPEARING THEREFORE,
7  IT IS ORDERED THAT:
8  1.  The Case Management Conference currently set for October 6, 2009 is
9  continued until December 8, 2009; **1:30 p.m.**
   **All deadlines set in the court's "Order Setting Initial Case Management Conference**
10  2.  ~~The parties shall have up to and including November 13, 2009 to file a~~
    **and ADR Deadlines" (Docket No. 3) are adjusted accordingly.**
11  ~~joint case management statement.~~
12
13  IT IS SO ORDERED.
14
15  Dated: September 28, 2009   _____
16  The Hon. Howard R. Lloyd
17  Magistrate Judge of the United States District Court

*Adorno Yoss Alvarado & Smith*
*Attorneys At Law*
*Los Angeles*

2

2027165.1