Michael J. M. Brook SBN 139595
Lanahan & Reilley
600 Bicentennial Way, Suite 300
Santa Rosa, Ca. 95403
(707) 524-4200  Fax: (707) 523-4610
e-mail mbrook@lanahan.com

Attorneys for Plaintiffs

*E-FILED 11-02-2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CILLUFFO AND CHERRI E CILUFFO,<br>        Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL AKA JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LONG BEACH MORTGAGE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; UNIVERSAL MORTGAGE & SALES, INC.; ERIK S. GONZALES; and DOES 1-20 inclusive,<br><br>        Defendants. | CASE NO.: 09-02518 HRL<br><br>[~~PROPOSED~~] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE AT NOVEMBER 3, 2009 HEARING ON MOTION TO DISMISS<br><br>Date: Monday, November 3, 2009<br>Time: 1:00 a.m.<br>Courtroom: 2, 5th Floor<br>280 South 1st Street<br>San Jose, CA<br><br>Judge: The Honorable Howard Lloyd |

**IT IS HEREBY ORDERED** that

Michael J.M. Brook be permitted to appear telephonically at the hearing on Motion to Dismiss, which is scheduled for November 3, 2009, at ~~xx:xx~~ **10:00** a.m., in Courtroom 2 of the above-entitled court, located at 280 South 1st Street, San Jose, California, the Honorable Howard R. Lloyd presiding. **Counsel shall initiate the call to the court at 408-808-3980.**

Dated: _____November 2_, 2009           _____
                                           The Honorable Howard R. Lloyd
                                           Magistrate Judge of the United States District Court

1

[~~PROPOSED~~] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE
AT NOVEMBER 3, 2009 HEARING ON MOTION TO DISMISS