**\*E-FILED 12-04-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. CILLUFFO and CHERRI L. CILLUFFO,<br><br>           Plaintiffs,<br><br>   v.<br><br>WASHINGTON MUTUAL AKA JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LONG BEACH MORTGAGE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; UNIVERSAL MORTGAGE & SALES, INC.; ERIK S. GONZALES; and DOES 1-20 inclusive,<br><br>           Defendants.<br>                                                                / | No. C09-02518 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND (2) DENYING AS MOOT PLAINTIFFS' COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>[Re: Docket No. 25] |

The court having reviewed the parties' Joint Case Management Statement, the initial case management conference set for December 8, 2009 is **continued to February 9, 2010, 1:30 p.m.** An updated joint case management statement shall be filed no later than **February 2, 2010**. Plaintiffs' counsel's request to appear by phone at the December 8, 2009 case management conference is denied as moot.

SO ORDERED.

Dated:   December 4, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-02518-HRL Notice has been electronically mailed to:

2  Amy Louise Morse amorse@adorno.com, bslack@adorno.com

3  Imani Gandy igandy@adorno.com

4  John M. Sorich jsorich@adorno.com

5  Michael J.M. Brook mbrook@lanahan.com, bwarner@lanahan.com

6  Patrick A Cathcart pcathcart@adorno.com, lhernandez@adorno.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.