*E-FILED 04-21-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. CILLUFFO and CHERRI L. CILLUFFO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON MUTUAL AKA JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LONG BEACH MORTGAGE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; UNIVERSAL MORTGAGE & SALES, INC.; ERIK S. GONZALES; and DOES 1-20 inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C09-02518 HRL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**[Re: Docket No. 32]** |

Plaintiffs filed the instant action in this court, asserting federal question jurisdiction as to their claims under the Truth in Lending Act, 15 U.S.C. § 1601, and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605. Several state law claims for relief were also asserted. Plaintiffs subsequently filed an amended complaint which continued to assert claims under these two federal statutes, as well as several state law claims for relief. This court granted in part and denied in part defendants' motion to dismiss the amended complaint, with leave to amend. Plaintiffs have now filed a Second Amended Complaint ("SAC") in which they have

opted to drop all federal claims for relief.  Thus, there is no longer any federal question jurisdiction.  Nor is there an apparent basis for diversity jurisdiction.  Consequently, there is also no basis upon which supplemental jurisdiction over the state law claims could rest.  See, e g., Pintando v. Miami-Dade Housing Agency, 501 F.3d 1241, 1242-43 (11th Cir. 2007).  If the court determines at any time that it lacks subject matter jurisdiction, it must dismiss the action. FED. R. CIV. P. 12(h)(3).  Accordingly, defendants' motion to dismiss for lack of subject matter jurisdiction, which is unopposed, is granted, and plaintiffs' claims are dismissed without prejudice.  The motion hearing set for April 27, 2010 is vacated.  The clerk shall close the file.

SO ORDERED.

Dated:    April 21, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

1  5:09-cv-02518-HRL Notice has been electronically mailed to:

2  Amy Louise Morse     amorse@adorno.com, bslack@adorno.com

3  Imani Gandy     igandy@adorno.com

4  John M. Sorich     jsorich@adorno.com

5  Michael J.M. Brook     mbrook@lanahan.com, bwarner@lanahan.com

6  Patricio Antonio Marquez     pmarquez@adorno.com

7  Patrick A Cathcart     pcathcart@adorno.com, lhernandez@adorno.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.